# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIKE CHEN

NO. 2025 KW 0751

**AUGUST 6, 2025**

---

In Re:   Like Chen, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 49976, 50013, 50014.

---

**BEFORE:   McCLENDON, C.J., PENZATO AND GREENE, JJ.**

**WRIT DENIED.**

**PMc**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT